JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RHIANNA M., | ) | NO. ED CV 22-2233-CAS(E) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant.

DATED: January 30, 2024.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE